**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LESLIE ROSALIE SMITH,**<br><br>　　Plaintiff,<br><br>　vs.<br><br>**ELIA ORTIZ, ET AL.,**<br><br>　　Defendants. | Case No.: 21-CV-4557 YGR<br><br>**ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE** |

On August 19, 2021, plaintiff was directed to respond to certain defendants' motion to quash no later than September 3, 2021. Otherwise, the action would be subject to dismissal for failure to prosecute. (Dkt. No. 12.) As of the date of this Order, plaintiff has not filed a response, nor have they filed any other documents in this action since the proof of service dated June 23, 2021. (Dkt. No. 5.) Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. The pending motion is terminated as moot.

　　**IT IS SO ORDERED.**

Date:　September 28, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**